147 U.S. 374
 13 S.Ct. 350
 37 L.Ed. 208
 KEELS et al.
v.
CENTRAL R. CO. OF SOUTH CAROLINA.
 No. 1,207.
 January 23, 1893.
 
 1
 As the facts of this case are substantially the same as the one just decided, (13 Sup. Ct. Rep. 348,) the decision must be the same.
 
 
 2
 The decree of the court below will therefore be reversed, and the case remanded, with directions to dismiss the bill.
 
 
 3
 Samuel Lord and Ira B. Jones, for appellants.
 
 
 4
 J. T. Barron and Henry A. M. Smith, for appellee.
 
 
 5
 Mr. Justice BROWN.